1
2
3
4

Thomas M. Kerr (State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:   (415) 268-1999
E-mail: tom.kerr@hro.com

5
6
7
8

Attorney for Plaintiffs
SONY MUSIC ENTERTAINMENT; UMG
RECORDINGS, INC.; LAVA RECORDS LLC;
WARNER BROS. RECORDS INC.; and
ZOMBA RECORDING LLC

9

10

11

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

12
13
14
15
16
17

SONY MUSIC ENTERTAINMENT, a
Delaware general partnership; UMG
RECORDINGS, INC., a Delaware corporation;
LAVA RECORDS LLC, a Delaware limited
liability company; WARNER BROS.
RECORDS INC., a Delaware corporation; and
ZOMBA RECORDING LLC, a Delaware
limited liability company,

18

        Plaintiffs,

v.

19
20

NATHANIEL M. ALLEN,

        Defendant.

21

Case No.: 2:09-cv-1371 LKK-KJM

Honorable Lawrence K. Karlton

**ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

22
23
24
25
26
27
28

---

[Proposed] Order Granting Ex Parte Application

*Sony, et al. v. N. Allen*

CASE NO.: 2:09-CV-1371 LKK-KJM

#45662 v1.saf

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for August 10, 2009, at 2:30 p.m. is hereby continued to October 19, 2009 at 1:30 p.m.

Dated: August 3, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

#45662 v3.saf

PDF created with pdfFactory trial version www.pdffactory.com